IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LOUIS CASTRO PEREZ | § | |
| | § | |
| V. | § | 1:09-cv-00081-LY |
| | § | |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
| DIRECTOR, TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE- INSTITUTIONAL | § | |
| DIVISION | § | |

_____

**MOTION TO WITHDRAW**

TO THE HONORABLE JUDGE YEAKEL:

Comes now undersigned Counsel Sadaf Khan and respectfully requests permission to withdraw from further representation of Petitioner Perez and for good cause would show the following:

I.

The undersigned has represented Mr. Perez since March 2011 and has filed on his behalf motions for extensions of time and Objections to Judge Austin's Report.

II.

Counsel Sadaf Khan is pregnant and due in early September and will be on maternity leave beginning August 2012 until February 2013. In addition, Counsel Sadaf Khan has no resources for this case.

III.

Mr. Richard Burr is an experienced death penalty lawyer and as stated in his declaration dated February 9, 2011 (attached as Exhibit 1), he is currently resource counsel in this case. Mr. Burr recently met with Mr. Perez on July 19, 2012 and is up to date on the status of the case. If the Court deems it appropriate to appoint substitute counsel, Counsel Khan recommends Mr. Richard Burr.

**Relief**

Wherefore, premises considered, counsel Sadaf Khan requests permission to withdraw.

Respectfully submitted,

 /s/ Sadaf Khan
Sadaf Khan
Attorney for Petitioner
Texas State Bar No. 24028983

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOUIS CASTRO PEREZ § | |
| § | |
| V. § | 1:09-cv-00081-LY |
| § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR, TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE- INSTITUTIONAL § | |
| DIVISION § | |

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

THOMAS M. JONES
 Office of the Attorney General
P.O. Box 12548
Capitol Station
Austin, TX  78711
Phone:  (512) 936-1400
Fax:     (512) 936-1280

Email:  Thomas.jones@oag.state.tx.us


　　　　　　　　　　　　　　　　　　　　　　 _/s/ Sadaf Khan
　　　　　　　　　　　　　　　　　　　　　　Sadaf Khan
　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24028983

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LOUIS CASTRO PEREZ, § | |
| § | |
| V.   § | 1:09-cv-00081-LY |
| § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR, TEXAS DEPARTMENT OF § | |
| CRIMINAL JUSTICE- INSTITUTIONAL § | |
| DIVISION § | |

_____

**ORDER FOR COUNSEL SADAF KHAN'S MOTION TO WITHDRAW**

Came on this day to be considered Counsel Sadaf Khan's Motion to Withdraw. The Court after considering the Motion filed herein is of the opinion that the following order be issued:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be **GRANTED/ DENIED.**

SIGNED on this _____ day of _____, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE